## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - All | **DATE** | 12/20/2007 |
| **CASE TITLE** | United States of America vs. Rondell Freeman, et al. | | |

**DOCKET ENTRY TEXT**

The government's motion for an order directing that certain materials be disclosed to the defense pursuant to a protective order is granted. Enter protective order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|

07CR843 - 11 United States of America vs. Lonnie Mack