
Case 1:07-cr-00843   Document 174   Filed 04/16/2008   Page 1 of 1

FELONY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07CR 843, U.S. v. Rondell Freeman, aka "Nightfall," "Fall", Schenkier

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO X YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES X

8) Does this indictment or information include a conspiracy count?   NO ☐   YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ......... (II) | ☐☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
   | ☐ Bank robbery .......... (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .......... (IV) |
   | ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
   | ☐ Other Robbery ......... (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
   | ☐ Assault ............. (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act .......... (IV) |
   | ☐ Burglary ............ (IV) | ☐ Counterfeiting ......... (III) | ☐ Selective Service Act ....... (IV) |
   | ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ........... (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .... (III) | X DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18, United States Code, § 922(g), 2 and 924(c). Title 21 United States Code, § 841(a)(1), 846 and 843(b)

**FILED**

APR 16 2008  TC

*(signature)*
RACHEL CANNON
Assistant United States Attorney

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
(revised 12/99)

07CR  843

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE SCHENKIER