UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 07 CR 843-13
v. )
) Hon. Joan Lefkow
DESHAWN SIMMONS )

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code, Section 846 charged in Count One of the indictment in this case, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the following conviction for a felony drug offense which became final prior to the commission of the offense charged in Count One of the indictment:

On or about October 23, 2007, defendant was found guilty of trafficking in a controlled

substance, in violation of 720 ILCS 570/401, in the Circuit Court of Cook County, Illinois, in case

number 07 CR 0438401, and was sentenced to 18 months' probation.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    s:/Rachel M. Cannon
       RACHEL M. CANNON
       Assistant United States Attorney
       219 S. Dearborn Street - 5th Floor
       Chicago, Illinois  60604
       (312) 353-5357

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

was served on April 21, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By:    s:/ Rachel M. Cannon
       RACHEL M. CANNON
       Assistant United States Attorney
       219 S. Dearborn Street - 5th Floor
       Chicago, Illinois  60604
       (312) 353-5357